1030

PHILIP CAPRIO et al., Appellants, v NEW YORK STATE DEPART-
MENT OF TAXATION AND FINANCE et al., Respondents, et al.,
Defendant.

Decided February 12, 2013

Appeal transferred, without costs, by the Court of Appeals,
sua sponte, to the Appellate Division, First Department, upon
the ground that a direct appeal does not lie when questions
other than the constitutional validity of a statutory provision
are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601
[b] [2]).

Judge RIVERA taking no part.

COUNTY OF SUFFOLK, Appellant, v LONG ISLAND POWER AUTHOR-
ITY et al., Respondents.

Submitted January 14, 2013; decided February 12, 2013

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the action within the meaning of the Constitution.

Judge RIVERA taking no part.

In the Matter of JOHN DOE, Appellant, v NEW YORK STATE COM-
MISSION ON JUDICIAL CONDUCT, Respondent.

Submitted December 17, 2012; decided February 12, 2013

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the proceeding within the meaning of the Constitution.

Judge RIVERA taking no part.